Evan Livingstone, SBN 252008
182 Farmers Lane, Suite 100A
Santa Rosa, CA 95405
Tel: (707) 206-6570
Cell: (707) 326-7338
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>    CANUTO RAMOS JR.<br>    JUNIE RAMOS<br><br>              Debtors<br>_____/ | Case No. 08-55253 ASW<br>Chapter 13<br><br>PRE-HEARING CONFERENCE STATEMENT<br><br>Pre Hearing Conference Date:<br>May 10, 2010, 2:00 PM<br>Judge: Arthur S. Weissbrodt |

AMENDED CERTIFICATE OF SERVICE OF
CHAPTER 13 PLAN OF NOVEMBER 17, 2010

I Evan Livingstone hereby certify that on November 17, 2009, I served a copy of Debtor(s)' Fourth Amended Chapter 13 Plan on the following creditors by first class mail at the following addresses:

Bank Of America |Po Box 1598|Norfolk, VA 23501
Bay Area Credit Servic |97 E Brokaw Rd Ste 240|San Jose, CA 95112
Cap One |Po Box 85520|Richmond, VA 23285
Ccs/Cortrust Bank |500 E 60th St N|Sioux Falls, SD 57104
Citifinancial |Po Box 499|Hanover, MD 21076
Credit One Bank |Po Box 98875|Las Vegas, NV 89193

| | |
|---|---|
| 1 | Eddie Bauer \|101 Crossway Park West\|Woodbury, NY 11797 |
| | GMAC Mortgage, LLC \|c/o PITE DUNCAN\|4375 Jutland Drive\|Suite 200\|San Diego, CA 92117 |
| 2 | Hfc, PO Box 1547, Chesapeake, VA 23327-1547 |
| | Hsbc Bank \|Po Box 5253\|Carol Stream, IL 60197 |
| 3 | Internal Revenue Service \|P O Box 21126\|Philadelphia, P A 19114 |
| | Jefferson Capital Systems LLC \|PO BOX 7999\|SAINT CLOUD MN 56302-9617 |
| 4 | Midland Credit Mgmt \|8875 Aero Dr\|San Diego, CA 92123 |
| | Sears/Cbsd \|Po Box 6189\|Sioux Falls, SD 57117 |
| 5 | Tnb - Target \|Po Box 673\|Minneapolis, MN 55440 |
| | Toyota Motor Credit, 3200 W Ray Rd, Chandler AZ 85226-2450 |
| 6 | Zenith Acquisition \|220 John Glenn Dr # 1\|Amherst, NY 14228 |

Date: April 25, 2010

*Evan Livingstone* (signature)

_____

Evan Livingstone