

IT IS SO ORDERED.
Signed May 12, 2010

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                              )    Chapter 13
                                                    )
CANUTO JR RAMOS                                     )    Case No. 08-55253 ASW
                                                    )
JUNIE RAMOS                                         )    **PAYMENT ORDER**
                        Debtors                     )

A Pre-Hearing Conference was held in the above referenced case on May 10, 2010 at 2:00 pm.  The Court issued the following PAYMENT ORDER:

The case is dismissed with a stay through Jun 01, 2010 for the Debtors to make a payment to the Trustee in the amount of $829.80.  If the Debtors comply with the above Payment Order, the Pre-Hearing Conference will be continued to Jun 07, 2010 at 2:00 pm.

If the Debtors fails to make the payment by 4:00 P.M. on Jun 01, 2010, an order dismissing the case will be entered.    SO ORDERED

* * * END OF ORDER * * *

***  **IMPORTANT NOTICE TO DEBTORS:  CALL YOUR ATTORNEY IMMEDIATELY IF YOU HAVE ONE.  YOUR CASE WILL BE DISMISSED IF THE PAYMENT IS NOT MADE BY THE DEADLINE.** ***

# COURT SERVICE LIST

Case Name: CANUTO JR RAMOS  
               JUNIE RAMOS

Case No.: 08-55253 ASW

CANUTO JR RAMOS  
JUNIE RAMOS  
1635 STARLITE DR  
MILPITAS, CA 95035

EVAN MARTYNDALE LIVINGSTONE  
182 FARMER'S LN #100A  
SANTA ROSA, CA 95405