```
 1  DEVIN DERHAM-BURK #104353
    CHAPTER 13 STANDING TRUSTEE
 2  P O Box 50013
    San Jose, CA 95150-0013
 3
    Telephone: (408) 354-4413
 4  Facsimile:  (408) 354-5513

 5  Trustee for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| In re: | ) |
|---|---|
| RAMOS, CANUTO JR | ) Chapter 13<br>) Case No. 08-55253 ASW |
| RAMOS, JUNIE | ) FIFTH AMENDED TRUSTEE'S OBJECTION TO<br>) CONFIRMATION WITH CERTIFICATE OF<br>) SERVICE |
|  | ) Pre-Hearing Conference Date: JUNE 7, 2010<br>) Pre-Hearing Conference Time: 2:00 PM<br>) Place: 280 S. 1st Street Room 3020<br>)        San Jose, CA |
| Debtor(s) | ) Judge: Arthur S. Weissbrodt |

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The debtors filed an Fifth Amended Plan on May 12, 2010 which added the following language to Section 7: "Claim(s) of GMAC are disallowed as creditor has foreclosed on collateral." This is not appropriate. The debtors cannot use the Plan as a mechanism to disallow claim(s), therefore said language must be deleted. If it is the debtors' intention no provide for no payments to GMAC Mortgage (account #2609 and #2610), then an Amended Plan must be filed to add the following language, "Neither the debtors nor

Trustee's Objection to Confirmation – 08-55253 ASW

Trustee shall disburse any funds on the claims filed by GMAC Mortgage (account #2609 and #2610) as the real property has been foreclosed."

Dated: May 24, 2010                              /S/ Devin Derham-Burk
                                                 _____
                                                 Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Fifth Amended Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on May 24, 2010.

Said envelopes were addressed as follows:

| | |
|---|---|
| CANUTO & JUNIE RAMOS<br>1635 STARLITE DR<br>MILPITAS CA 95035 | EVAN MARTYNDALE LIVINGSTONE<br>182 FARMER'S LN #100A<br>SANTA ROSA CA 95405 |

/S/ Chaovalai Chulasawan
Office of Devin Derham-Burk, Trustee