Entered on Docket
June 09, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**IT IS SO ORDERED.**
Signed June 09, 2010

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone:  (408) 354-4413
4  Facsimile:   (408) 354-5513

5  Trustee for Debtors

                UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION

In Re:                          )   Chapter 13
                                )
CANUTO JR RAMOS                 )   Case No. 08-55253 ASW
                                )
JUNIE RAMOS                     )   **PAYMENT ORDER**
                  Debtors       )

A Pre-Hearing Conference was held in the above referenced case on Jun 07, 2010 at 2:00 pm. The Court issued the following PAYMENT ORDER:

The case is dismissed with a stay through Jun 28, 2010 for the Debtors to make a payment to the Trustee in the amount of $275.00. If the Debtors comply with the above Payment Order, the Pre-Hearing Conference will be continued to Jun 28, 2010 at 2:00 pm.

If the Debtors fails to make the payment by 4:00 P.M. on Jun 28, 2010, an order dismissing the case will be entered.    SO ORDERED

                * * * END OF ORDER * * *

***  IMPORTANT NOTICE TO DEBTORS:  CALL YOUR ATTORNEY IMMEDIATELY IF YOU HAVE ONE.  YOUR CASE WILL BE DISMISSED IF THE PAYMENT IS NOT MADE BY THE DEADLINE. ***

## COURT SERVICE LIST

Case Name: CANUTO JR RAMOS        Case No.: 08-55253 ASW
              JUNIE RAMOS


CANUTO JR RAMOS
JUNIE RAMOS
1635 STARLITE DR
MILPITAS, CA  95035


EVAN MARTYNDALE LIVINGSTONE
182 FARMER'S LN #100A
SANTA ROSA, CA  95405